AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| Ernesto Garcia - Diaz | |
| | 08CR 791-WQH |
| | CASE NUMBER: 08MJ8147 |

I, Ernesto Garcia-Diaz the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326 - Deported Alien found in U.S.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on  3-18-2008  prosecution by indictment and consent that the proceeding
               Date
may be by information rather than by indictment.

X ERNESTO GARCIA DIAZ
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY